## CITATION

### THE STATE OF TEXAS

SHERRIE D CASTILLE VS. LEAGUE CITY POLICE DEPARTMENT

Cause No.: 20-CV-0297
56th District Court of Galveston County

TO: League City Police Department
ATTN Legal Department
821 N Kansas
League City TX 77573

**COPY**

GREETINGS: YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days from the date you were served this citation and petition/motion, a default judgment may be taken against you.

Said written answer may be filed by mailing same to: District Clerk's Office, 600 59th Street, Suite 4001, Galveston, Texas 77551-2388. The case is presently pending before the **56th District Court** of Galveston County sitting in Galveston, Texas, and the **Original Petition - OCA** was filed **February 26, 2020**. It bears cause number **20-CV-0297** and see the attached petition/motion for named parties to the suit.

Issued and given under my hand and the seal of said court at Galveston, Texas, **on this the 3rd day of March, 2020.**

Issued at the request of:
Sherrie D Castille
318 Cherry St
La Marque TX 77568

John D. Kinard, District Clerk
Galveston County, Texas



By _Rolande Kain_
Rolande Kain, Deputy

### The District Courts of Galveston County, Texas Status Conference Notice
### Please calendar this event

| Court Name | Status Conference Time | Court Phone Number | | |
|---|---|---|---|---|
| All Status Conferences will be set for Thursdays (subject to exceptions for county holidays) | | | | |
| 10th District Court | @ 9:00 A.M. | 409-766-2230 | Fax | 409-770-5266 |
| 56th District Court | @ 9:30 A.M. | 409-766-2226 | Fax | 409-770-5264 |
| 122nd District Court | @ 9:30 A.M. | 409-766-2275 | Fax | 409-770-6265 |
| 212th District Court | @ 9:00 A.M. | 409-766-2266 | Fax | 409-765-2610 |
| 405th District Court | @ 10:00 A.M. | 409-765-2688 | Fax | 409-765-2689 |

### Date :05/28/2020 set in the 56th District Court - Judge Lonnie Cox

Date Submitted : 03/12/2020 09:03 AM

CAUSE NO: 20-CV-0297

20 – CV – 0297
DCORPET
Original Petition – OCA
1995932

**Sherri D. Castille**

Plaintiff,

v.

**League City Police Department/City of League City/Anthony Tyler**

Defendant.

IN THE 56th District Court [DISTRICT/COUNTY] COURT

Galveston COUNTY, TEXAS

JUDICIAL DISTRICT

'20 FEB 26 PM 3:38

## PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURES

PLAINTIFF, proceeding *pro se*, brings this complaint for damages against DEFENDANT and alleges as follows: Violating plaintiff's 4th Amendment Rights, False arrest and Imprisonment, Perjury, Excessive Force, and Emotional Distress

### I. DISCOVERY LEVEL

1. Pursuant to Rule 190.2, *Texas Rules of Civil Procedure*, this is a level 2 case.

### II. REQUEST FOR DISCLOSURES

2. Pursuant to Rule 190.2(b)(6), and 194.2 *Texas Rules of Civil Procedure*, you are requested to disclose, within 50 days of service of this request, all information required by these rules.

### III. PARTIES

3. Plaintiff is an [individual] who [resides] in Galveston, County, Texas.

4. Defendant is a [business] who [does business] in Galveston County, Texas.

### IV. JURISDICTION AND VENUE

Received @ counter 2-26-2020 RK.

STATUS conference set for 5-28-2020

PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURES, page 1 of 4

Date Submitted : 03/12/2020 09:03 AM

5. Venue is proper in Galveston County and this Court because [the actions giving rise to this Complaint occurred in Galveston County and Defendant Resides in Galveston County.] The damages claimed in this complaint do not exceed the jurisdictional limits of this Court.

## V. FACTS ALLEGED

6. On or around 7:30pm February 27th 2018 officer Tyler enter plaintiff's home uninvited, and without a warrant. Although he lied and said I opened the door for him.

7. Defendant refused to leave plaintiff's home when asked.

8. Defendant touched plaintiff's breast and stated he could feel her heart beat (this is on audio tape)

9. Defendant assaulted plaintiff, and didn't advise her she was under arrest.(The police department took pictures of the injuries). And spoke with minor child without plaintiff after asking other minor children to leave the room.(this is on audio tape as well)

## VI. CLAIMS FOR RELIEF

### FIRST CAUSE OF ACTION:
### Violating Plaintiff's 4th Amendment Rights

10. Plaintiff re-alleges and incorporates all prior allegations in this Petition as if fully set forth here.

11. Defendant's actions constitute plaintiff's right to be free from unreasonable government intrusion of person and home. Defendant has caused Plaintiff damages in the amount of 100,000. Pursuant to Rule 47, Texas Rules of Civil Procedure, Plaintiff is only seeking monetary relief of $100,000 or less, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees. The damages claimed in this complaint do not exceed the jurisdictional limits of this court.

**PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURES,** page 2 of 4

12. Defendant has caused Plaintiff [economic and/or noneconomic] damages in the amount of 100,000. Pursuant to Rule 47, *Texas Rules of Civil Procedure*, Plaintiff is only seeking monetary relief of $100,000 or less, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees. The damages claimed in this complaint do not exceed the jurisdictional limits of this Court.

## SECOND CAUSE OF ACTION:
### Excessive Force

13. Plaintiff re-alleges and incorporates all prior allegations in this Petition as if fully set forth here.

14. League City police department knew plaintiff had LEGAL custody of children and failed to prevent the officer from causing physical harm to plaintiff.

15. Defendant has caused Plaintiff [economic and/or noneconomic] damages in the amount of 100,000 Pursuant to Rule 47, *Texas Rules of Civil Procedure*, Plaintiff is only seeking monetary relief of $100,000 or less, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees. The damages claimed in this complaint do not exceed the jurisdictional limits of this Court.

## VII. PRAYER FOR RELIEF

16. WHEREFORE, Plaintiff requests the following relief:

    -A money award judgment entered against Defendant for $300,000 [or] Plaintiff's damages which are within the jurisdictional limits of this court.

    -An award of post-judgment interest on any money damages awarded at the current statutory rate.

    -Plaintiff's reasonable costs and disbursements for bringing this action.

**PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURES**, page 3 of 4

Date Submitted : 03/12/2020 09:03 AM

-Any and all other relief the Court deems just and reasonable under the circumstances.

Respectfully submitted on: This 25th day of February 2020

By: Sherri D. Castille
Plaintiff, *pro se*
318 Cherry ST.
La Marque, Texas 77568
281-508-1448
Castile.sherri@yahoo.com

**PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURES**, page 4 of 4

Date Submitted : 03/12/2020 09:03 AM